# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE MATTER OF: §
§       MISCELLANEOUS NO. B-96-003
FELIPA CASAS MARTINEZ §

TYPE OF CASE:        __X__ CIVIL                         ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**HEARING ON RESPONDENT'S MOTION TO DENY MOTION FOR JUDICIAL REVIEW OF DENIAL OF NATURALIZATION AND DISMISS CASE**

PLACE:                                                          ROOM NO

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                   DATE AND TIME

**FEBRUARY 5, 2002 AT 1:30 P.M.**

_____
JOHN WM BLACK, U.S. MAGISTRATE JUDGE

DATE:    JANUARY 22, 2002

TO.      MS FELIPA CASAS MARTINEZ
         MS. LISA PUTNAM