



FEB 0 5 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

HEARING ON RESPONDENT'S MOTION TO DENY MOTION FOR JUDICIAL
REVIEW OF DENIAL OF NATURALIZATION AND DISMISS CASE

MISCELLANEOUS NO. B-96-003           DATE & TIME:   02-05-02 AT 1:30 P.M.

FELIPA CASAS MARTINEZ              PLAINTIFF(S)   PRO SE.
                                   COUNSEL

VS.

U.S. DEPARTMENT OF JUSTICE         DEFENDANT(S)   LISA M PUTNAM
IMMIGRATION & NATURALIZATION       COUNSEL
SERVICE

---

Attorney Lisa Putnam appeared in chambers

Pro Se Felipa Casas Martinez appeared late. She was advised to call Ms. Putnam.

Ms. Martinez can reapply.