9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 8 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE MATTER OF: §
§
FELIPA CASAS MARTINEZ, §
Petitioner. §
§ Misc. No. B-96-003
§
§

**ORDER**

Upon consideration of the Motion to Deny Motion for Judicial Review of Denial of Naturalization and Dismiss Case, the Court finds that the Motion should be **GRANTED**.

Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Petitioner's Motion for Judicial Review of Denial of Naturalization is **DENIED** as moot. It is further ordered that this case is DISMISSED without prejudice. This decision is made without prejudice toward the filing of the new application in the future.

DONE this 8th day of February, 2002 in Brownsville, Texas.

Filemon B. Vela
United States District Judge